IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2020 DEC -3 PM 3:58
JEFFREY P. COLWELL
CLERK
BY_____DEP. CLK

Civil Action No. _____
(To be supplied by the court)

_____Jacqueline R. Hatton_____, Plaintiff

v.

_____Fountain Police Department_____

_____Scott Trainor_____,

_____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A.   PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Jacqueline R. Hatton 2144 Fountain mesa rd. Fountain Co 80817
(Name and complete mailing address)

317-566-4548  jackierenee1228@gmail.com
(Telephone number and e-mail address)

B.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:   Fountain Police Department
(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 2:   Scott Trainor   719-322-2025   strainor@fountaincolorado.org
(Name and complete mailing address)

116 S. Main street fountain Co 80817
(Telephone number and e-mail address if known)

Defendant 3: _____
(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 4: _____
(Name and complete mailing address)

(Telephone number and e-mail address if known)

2

**C. JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

[X] Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

        Section 1983 Title 42/ Deprived of the 14th Amendment

        Malicious Prosecution

[ ] Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____Colorado_____.

If Defendant 1 is an individual, Defendant 1 is a citizen of \_\_\_Colorado\_\_\_.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in \_\_\_\_Colorado\_\_\_ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### D.     STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: _____

   Supporting facts:

   ON December9th 2018 i called Fountain police to my home
   2144 Fountain mesa rd. to report the thefth of $3,970
   that was stolen from me . I gave Robert Quinn a deposit as
   he is the Owner of JBMasters roofing and gutter service.
   as i was expaining to the police that he(ROBERT GUINN) hasr
   never returned to do any work. He never started the job.
   The female officer said they would contact him and get his
   side of the story. The male Officer identified himself to me
   as the same police that had given me a speeding ticket
   back in march. He begantto question me about that ticket.
   he than gave me a new ticket for same thing.,only it was
   to go to the Elpaso County court,in Colorado Springs.
   This upset me,i told them what i throught and put them out
   of my house.(see Police Video). The Police report says they
   (the Police)Told Bob to document any encounter with me.
   He told the police yes he had my money but he was going to
   return it the next day. I still have not seem Robert Quinn
   every again after getting my deposit. the Police said
   he will return your money case closed. RobehrHas got by with
   theft because the police wont protect me. as for the Chief
   of Police i called him to explain what Officer Corpral
   Davidson had done by giving me a new ticket. He explained
   He was aware and approved of it. The court date came i went
   and had to stay all day to see if they were goimg to file a
   copy of the ticket to the court. they never did. just never showed.

4

### D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: __Malicious Prosecution__

Supporting facts: On June 21,2019 i found out that Officer Brian Cristiani # signed a Sworn statement against me. He was called to my home by Danirl Wolf on 7-02-2018 accusing me of straching his truck.(video,and the Police report available) to show that Officer was a responding Officer (Not a Wittness. But because ofnthat wittness statment i was arressted and I had to Pay Bond to get out. And after that i had to fight a Case with noone going to Court but me. I Went to the police to fail a charge against Brian Cristi and was gretted by MarkCristiani who throuhgt it was funny. I tried to contact the Mayor but i reached the city manager Scott Trainor. I explain tonhim the many That Brian Cristiani and also Echo Dimarucot had signed statments saying they had personal knowledge that i was guilty of Criminal Mischief. also they were the responding officers. Logan Kramer another witness b How can this be. The public defender never told me who the witnesss were.I only find out after the judge ordered the case closed and she told the procutoer i had a right to know.

4

CLAIM TWO: _____Deprived of the 14th amendment_____

Supporting facts: On November 21,2019 i had a meeting with Scott Trainor the city manager and Troy Johnson City Attorney.
I Showed them proff in black and white that three of the fountain police had signed sworn statements and they could not be true. I showed them the Endorsed witness List.
I showed them each one of them had a statment signed.
I showed them how the police had given me a speeding ticket in my front room of my home,when he was there to take a repor report on theft. I showed them even after giving me another ticket i was the only one who was at the court date.
I showed them how the roofer just stole my money, and the police made him feel comfortable because they told him to be sure to keep records on any contact with me. But like any theft i have not heard from the roofer. I explained that i paid bond,wanni have suffer from the mis conduct of the fountain Police.My house is getting more damage from the need for a new roof.
Isaided the city Manager to make it right for me. I told him i wanted justice,and i wanted the Police to take RESPONSIBILITY. I beleived they would make it right .
but i have enclosed a copy of the reponse letter that i i received from the city Manager. I dont feel safe to live in the city of fountain so i am doing my best to cry out for help. The reponse was like a slap in my face.If the City Manager can overlook the misconduct and unlawful actions of the police, where is the justice. I am begging for my day in court so i can tell the Judge my pain.

This is just a small portion on my Complaints on the fountain police.

5

CLAIM TWO: _____Malicious Prosecution_____

Supporting facts: On March 17, 2020
The police were called to my home by one of my housemates because i asked him to open his room door and return my TV and to disconnect wires runing thur the kitchen to his room. When he refused to open the door i opened it and began to remove my belonging while he made a video and called pFountain Police.
the Police told me he had a video and he knows i am lieing. So i just shook my head and went to my room.

A few weeks later i was sitting on my pourch and the Fountain Police came and told me i had a warrant for my arrest. I informed the police that i now had my two grandsons and we must get social Services to care for them age 1 yr and 5yr old boys. They comtinue to take me to jail. I went to jail leaving my grandsons to whoever was here at my house. They never even asked the names of the people in the house. I got in the police and got anxiety and had a hard time breathing. I ask him to please get my oxgen from the house before leaving he refused. I was met with oxgen at the jail parking garge.
I Had a Felony charge they said , and i had to bend and let a woman look in places i have never seen on myself. very degrading for a 58 yr old grandmother of ten.

The case was dismissed on the first day.

The police report conveniently forgot to mention i was in my home. No thats no all. but my hands are killing me and i must file tomorrow to be one time. I pray i can add to my complant, This is a CRY FOR HELP PLEASE

I am requesting a Jury to review this case, not because i i dont think a Judge will be fair, its because i beleive peolpe need to be aware of what i been thur. And i feel everybody should know.

5

E.   REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

```
RELIEF just the word makes me breath easier.
It is my true beleive that i will never live happy
and stress free in Fountain Co. The many years of
working in the Prison system was never as stressful
as beingaDefendant in the courts.$350,000 is about what
it cost for me to relocate. Plus any extra money i need
to fight this fight ,like Attoney fees amd whatever might
cost me money. I also pray that this will be over soon.
```

F.   PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

12/2/2020
_____
(Date)

(Revised December 2017)

JS 44 (Rev. 06/17) District of Colorado Form

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Jacqueline R. Hatton

**(b)** County of Residence of First Listed Plaintiff: ElPaso
*(EXCEPT IN U.S PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Myself and Jesus 317-566-4548
2144 Fountain mesa rd. Fountain Co.80817

## DEFENDANTS
Fountain Police Dept.
Scott Trainor

County of Residence of First Listed Defendant: ElPaso
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Troy Johnson

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | '1 | '1 | Incorporated *or* Principal Place of Business In This State | '4 | '4 |
| Citizen of Another State | '2 | '2 | Incorporated *and* Principal Place of Business In Another State | '5 | '5 |
| Citizen or Subject of a Foreign Country | '3 | '3 | Foreign Nation | '6 | '6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | '422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ' 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | '423 Withdrawal 28 USC 157 | '376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ' 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ' 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ' 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ' 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ' 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐* 153 Recovery of Overpayment of Veteran's Benefits | ' 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ' 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ' 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | '861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ' 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ' 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | '863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | '864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | '865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ' 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
section 1983 title 42
Brief description of cause: ☐ AP Docket
Malicious Prosecution Police Misconduct

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $** 350,000₤
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ' No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE 12/2/2020
SIGNATURE OF ATTORNEY OF RECORD: J. Hatton

**FOR OFFICE USE ONLY**
RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___



December 19, 2019

Ms. Jackie Hatton
2144 Fountain Mesa Road
Fountain, CO. 80817

Re: Complaints about Fountain Police Department

Dear Ms. Hatton,

The purpose of this letter is to report back to you on our review of the concerns that you have raised relative to several incidents involving the City of Fountain Police Department. Specifically, you have alleged the following (in summary):

1.) That a warrant was issued for your arrest in error, regarding a complaint that was filed by Mr. Wolf that you damaged his truck.
2.) That you received a speeding ticket when you were not speeding and that a.) the officer lied by writing down a license plate number when there were not even any license plates on the vehicle you were driving, b.) he ignored the fact that you didn't have any license plates, and c.) your birthdate was written down on the ticket incorrectly.
3.) Ultimately, the ticket in #2 above was dismissed but that an officer later came to your address and re-issued the ticket, but issued it into a separate Court (El Paso County District Court).
4.) That the police have not helped you in retrieving your money from a roofer whom you believe took your money fraudulently and then did not complete the agreed-upon work.

The City Attorney and City Manager have reviewed your allegations, looking at body camera videos; reviewing dispatch logs; looking at the appropriate court papers; reviewing the tickets; discussing the concerns with the Court's prosecuting attorney and the Police Department's Internal Affairs investigator; and meeting with you directly to discuss the concerns.  As a result of that review, we have determined the following regarding each complaint:

Complaint #1: That a warrant was issued for your arrest in error, regarding a complaint that was filed by Mr. Wolf that you damaged his truck.

*Finding: Complaint not sustained.*

---

City of Fountain – Office of Administration
116 South Main Street, Fountain, CO  80817
www.fountaincolorado.org

In reviewing the information and body camera footage regarding this case, it was clear that there was a dispute between you and your tenant at the time. Our officers are tasked with using discretion in making decisions. While you may disagree with his ultimate decision to charge you, he did not abuse his discretion. Cases get dismissed in court for a wide variety of reasons, and the City has no way of knowing exactly why your particular case was dismissed by the Court. Based upon the information that we have, it is clear that the officer in this instance acted appropriately.

Complaint #2: That you received a speeding ticket when you were not speeding and that a.) the officer lied by writing down a license plate# when there were not even any license plates on the vehicle you were driving, b.) he ignored the fact that you didn't have any license plates, and c.) your birthdate was written down on the ticket incorrectly.

***Finding: Complaint not sustained.***
In reviewing the record, the officer determined you were speeding and has the discretion to issue a ticket. He also has the discretion to not issue a ticket for expired plates. Additionally, a review of the body camera video clearly shows that the vehicle you were driving did have plates on, in direct contradiction to what you stated several times to the City Attorney and City Manager. In discussions with the Court, it was explained that the ticket was not dismissed, but that – due to concerns you raised to the Prosecutor about not being able to attend court at night – it was to be re-issued out of the Fountain Court and into the El Paso County District Court.

Complaint #3: Ultimately, the ticket in #2 above was dismissed but that an officer later came to your address and re-issued the ticket, but issuing it into a separate Court (District Court).

***Finding: Complaint not sustained.***
As indicated in #2 above, you and the Court prosecutor discussed moving your case out of the Fountain Court and into the El Paso County District Court. An officer re-issued your ticket (with a corrected birthdate) into the El Paso County District Court.

Complaint #4: That the police have not helped you in retrieving your money from a roofer whom you believe took your money fraudulently and then did not complete the work.

***Finding: Complaint not sustained.***
As has been communicated to you by the Police Department, this is a civil issue and should be handled civilly through the Court system. Police Officers are not trained on or authorized to determine if an agreement was made or not made and then kept or not kept. That is the purpose of civil court processes.

Finally, during your meeting with the City Attorney and City Manager on November 21, 2019, you indicated that your ultimate desire was to "get paid" by the City. You indicated that it was your intent to obtain an attorney to assist you with this. We would encourage you to pursue

City of Fountain – Office of Administration
116 South Main Street, Fountain, CO  80817
www.fountaincolorado.org

that route if you feel that the City is in error and, based on those comments, will ask that any future communications will be directed through the City Attorney, Troy Johnson, who can work directly with your attorney. His phone number is 393-4950 and his e-mail address is trjohnson@fountaincolorado.org.

Sincerely,

*Scott Trainor*

Scott Trainor
City Manager


cc:    Troy Johnson, City Attorney
       Gabriel Ortega, Mayor
       Detra Duncan, Ward 2 Councilmember

City of Fountain – Office of Administration
116 South Main Street, Fountain, CO  80817
www.fountaincolorado.org